**GRANTED**
/s/ Judge Maria-Elena James

WILLIAM E. GILG
Attorney at Law, SBN 151991
305 San Bruno Avenue West
San Bruno, CA 94066
(650) 871-8647
(650) 873-3168 (fax)

Attorney for Plaintiff,
FARIN YEGANEH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIN YEGANEH, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL MORTGAGE COMPANY, PLM LENDER SERVICES, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: C12-00374 MEJ <br><br> [Alameda Superior Court Case No. HG11-609087] <br><br> **NOTICE OF SETTLMENT OF ENTIRE CASE** |

THIS IS NOTICE THAT the parties, Plaintiff Farin Yeganeh and Defendants Central Mortgage Company and PLM Lender Services, Inc., have reached a settlement of this entire matter. Settlement papers are in the process of being executed by the parties.

Plaintiff requests that the Court cancel the scheduled ADR phone conference set for March 22, 2012 at 9:00 AM as well as the hearing on the motion to dismiss set for March 29, 2012 at 10:00 AM.

March 19, 2012                    /S/ WILLIAM E. GILG
                                  WILLIAM E. GILG,
                                  Attorney for Plaintiff

A request for dismissal or status report shall be filed by April 24, 2012.

Notice of Settlement of Entire Case                    -1-